IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NOE RAQUINIO,<br><br>    Plaintiff,<br><br>    v.<br><br>KOANAIKI RESORT, et al.,<br><br>    Defendants. | Civ. No. 20-00540 ACK-RT |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS TO DISMISS COMPLAINT AND DENY APPLICATION TO PROCEED IN FORMA PAUPERIS (ECF NO. 9)

Findings and Recommendation having been filed and served on all parties on January 29, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations (ECF No. 9) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawai`i, February 16, 2021.



_____
Alan C. Kay
Sr. United States District Judge

<u>Raquinio v. Koanaiki Resort, et al.</u>, Civ. No. 20-00540-ACK-RT, Order Adopting Magistrate Judge's Findings and Recommendations to Dismiss Complaint and Deny Application to Proceed in forma Pauperis (ECF No. 9)