IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| NOE RAQUINIO, | ) | CV 20-00540 ACK-RT |
| | ) | |
| Plaintiff(s), | ) | ORDER ADOPTING MAGISTRATE |
| | ) | JUDGE'S FINDINGS AND |
| vs. | ) | RECOMMENDATION TO DISMISS |
| | ) | FIRST AMENDED COMPLAINT AND |
| KOANAIKI RESORT, ET AL., | ) | ORDER DENYING PLAINTIFF'S |
| | ) | APPLICATION TO PROCEED IN |
| Defendant(s). | ) | FORMA PAUPERIS |
| | ) | |
| _____ | ) | |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DISMISS FIRST AMENDED COMPLAINT AND ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS</u>

Findings and Recommendation having been filed and served on all parties on May 17, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai`i, June 2, 2021.



Alan C. Kay
Sr. United States District Judge

1

Raquinio v. Koanaiki Resort. et al., Civ. No. 20-00540 ACK-WRP, Order Adopting Magistrate Judge's Findings and Recommendation to Dismiss First Amended Complaint and Order Denying Plaintiff's Application to Proceed in Forma Pauperis.